

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2021

No. 04-21-00183-CV

**IN THE INTEREST OF D.H.G. AND M.E.G., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02241
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant has filed a motion for a twenty-day extension of time to file a brief. We grant the motion and **order** appellant's brief filed by **June 29, 2021**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court